**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1324**

———————————

PHILLIP EDWARD BELL,

Plaintiff - Appellant,

versus

E. DAVIS INTERNATIONAL, INCORPORATED, d/b/a
Car-Freshner Corporation,

Defendant - Appellee,

CAR-FRESHNER CORPORATION,

Defendant & Third Party Plaintiff - Appellee,

versus

COUSIN CORPORATION OF AMERICA,

Third Party Defendant.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Lacy H. Thornburg,
District Judge. (CA-00-131-1-T)

———————————

Submitted: August 29, 2002          Decided: September 4, 2002

———————————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

---

Phillip Edward Bell, Appellant Pro Se.  Susan Holdsclaw Boyles, KILPATRICK STOCKTON, L.L.P., Winston-Salem, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Phillip Edward Bell appeals the district court's order granting Defendants' motion for summary judgment and denying various pending motions as moot in this copyright infringement action.  We have reviewed the record and the district court's memorandum and opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court. See Bell v. E. Davis Int'l Inc., No. CA-00-131-1-T (W.D.N.C. filed Feb. 14, 2002 & entered Feb. 15, 2002; Mar. 9, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED